AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| RED LION HOTELS FRANCHISING, INC., a Washington corporation,<br>*Plaintiff*<br>v.<br>JULIE DUMON, a married individual,<br>*Defendant* | )<br>)<br>)<br>) Civil Action No.   2:20-CV-0183-TOR<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* Red Lion Hotels Franchising, Inc. recover from the defendant *(name)* Julie Dumon the amount of Six Hundred Seventy Six Thousand Seven Hundred Seventy Seven .76 dollars ($ 676,777.76 ), which includes prejudgment interest at the rate of 0.00 %, plus post judgment interest at the rate of 0.06 % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:


This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE on Plaintiff's motion for Default Judgment (ECF No. 14)


Date: April 6, 2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen